UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND SUERO-PERALTA,       )<br>                                                         )<br>            Petitioner,              )<br>                                                         )<br>      v.                                              )<br>                                                         )<br>UNITED STATES OF AMERICA,   )<br>                                                         )<br>            Respondent.           )<br>_____) | CASE NO.   C07-850RSL-MJB<br>                        (CR90-57RSL)<br><br><br>ORDER DENYING PETITIONER'S<br>MOTION TO DISMISS JUDGMENT |

The Court, having reviewed petitioner's "Motion to the Court to Exercise Its Inherent Authority to Dismiss Its Own Judgment as Void and Motion for Declaratory Judgment Under Title 28 U.S.C. § 2201," the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation and finds no reason to set aside Petitioner's conviction.

(2)   Petitioner's motion to dismiss the judgment entered in cause number CR90-57RSL  (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE

1     (3)    The Clerk is directed to send copies of this Order to petitioner and to Judge
2     Benton.

4 DATED this 1st day of October, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE